IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIANA LAGAYLE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:16-cv-01575 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**O R D E R**

On March 26, 2018, the magistrate judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is GRANTED, the Commissioner's decision is REVERSED, and this case is REMANDED under Sentence Four of § 405(g) for further consideration consistent with the Report and Recommendation.

It is so **ORDERED.**

Enter this 11th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge